**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:07cr29-01/RV

KENNETH SWEENEY

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   May 7, 2007
Motion/Pleadings:   Motion to Unseal Indictment
Filed by   United States           on 5/7/2007        Doc.#   64
RESPONSES:

                                          on                  Doc.#
                                          on                  Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Jerry Marbut
LC (1 OR 2)                          Deputy Clerk: Jerry Marbut

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this  8th   day of   May        , 2007, that:*
*(a) The relief requested is GRANTED.*
*(b)*

                                          /s/ *Roger Vinson*
                                            ***ROGER VINSON***
                            ***Senior United States District Judge***